**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>          *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br>2201 C Street NW<br>Washington, DC 20520<br><br>          *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 24-cv-0163<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

   1.  Plaintiff American Oversight brings this action against the U.S. Department of State under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

**JURISDICTION AND VENUE**

   2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

   3.  Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

   4.  Because Defendant has failed to comply with the applicable time-limit provisions of the FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the

1

Defendant from continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Department of State (State) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). State has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

*Ambassador Haley Emails FOIA Request*

7.      On November 2, 2018, American Oversight submitted a FOIA request bearing internal tracking number STATE-18-0783 to State seeking all unclassified emails sent by then-United States Ambassador to the United Nations (USUN) Nikki Haley. Specifically, the request sought:

> All email communications of USUN Ambassador Nikki R. Haley on unclassified systems from January 24, 2017, through the date the search is conducted.

>In an effort to accommodate State and reduce the number of potentially responsive records, American Oversight agrees that the search for responsive email communications may be limited to emails sent by Ambassador Haley. Despite this search accommodation, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This request includes all prior messages reflected in the responsive correspondence and any attachments thereto.
>
>This request should include any messages sent using personal email in correspondence to other State Department employees or regarding US government business.

8. By letter dated February 22, 2019, State acknowledged receipt of the Ambassador Haley Emails FOIA request, assigned it tracking number F-2019-01002, granted American Oversight's request for a fee waiver, and assigned the request to the complex processing track.

9. In the same letter, State reported that it would "extend the time limit to respond to [American Oversight's] request beyond the ten additional days provided by the statute" due to "unusual circumstances as defined in the FOIA" (internal citation omitted).

10. As of the date of this Complaint, American Oversight has not received any further communications from State regarding this FOIA request.

*Ambassador Haley External Communications FOIA Request*

11. Also on November 2, 2018, American Oversight submitted a FOIA request bearing internal tracking number STATE-18-0784 to State seeking classified and unclassified emails exchanged between then-Ambassador Nikki Haley and fourteen specified individuals.

Specifically, the request sought:

> All email communications of USUN Ambassador Nikki R. Haley sent or received, on both classified and unclassified systems, with the following individuals:
>
> a. Mike Pompeo
> b. Rex Tillerson
> c. John Bolton
> d. Stephen Bannon
> e. Sebastian Gorka
> f. Brian Hook
> g. Ivanka Trump
> h. Jared Kushner
> i. Donald Trump, Jr.
> j. Eric Trump
> k. Kellyanne Conway
> l. Stephen Miller
> m. Dina Powell
> n. Mari Stull
>
> This request includes all messages on which Ambassador Haley appears (whether in the to, from, cc, or bcc field), as well as all prior messages (whether incoming or outgoing) reflected in the responsive correspondence and any attachments thereto.
>
> This request should include any messages sent using personal email in correspondence to other State Department employees or regarding US government business.

12. American Oversight requested responsive records from January 24, 2017, through the date the search was conducted.

13. By letter dated February 13, 2019, State acknowledged receipt of the Ambassador Haley External Communications FOIA request, assigned it tracking number F-2019-01005, granted American Oversight's request for a fee waiver, and assigned the request to the complex processing track.

4

14. In the same letter, State reported that it would "extend the time limit to respond to [American Oversight's] request beyond the ten additional days provided by the statute" due to "unusual circumstances as defined in the FOIA" (internal citation omitted).

15. As of the date of this Complaint, American Oversight has not received any further communications from State regarding this FOIA request.

*Ambassador Haley-Michael Flynn Communications and Meetings FOIA Request*

16. On March 5, 2019, American Oversight submitted a FOIA request bearing internal tracking number STATE-19-0284 to State seeking:

> All records reflecting communications (email messages, email attachments, calendar invitations or meetings, handwritten or electronic notes from meetings or calls maintained by Ambassador Haley or an assistant, other records memorializing the content of meetings or calls, or talking points) between former USUN Ambassador Nikki Haley and former National Security Advisor Michael Flynn (including but not limited to communications with the email address michael.t.flynn@nsc.eop.gov).
>
> American Oversight requests any materials related to the below eight engagements between Haley and Flynn and considers any records related to those engagements to be records reflecting communications between Ambassador Haley and Mr. Flynn. State should not, however, limit its search merely to these eight recorded interactions, as there may be records reflecting additional communications between Ambassador Haley and Mr. Flynn.
>
>   a. Call between former USUN Ambassador Haley, former Secretary of State [Rex] Tillerson, and General Flynn, on or about January 27, 2017;
>   b. Call between former USUN Ambassador Haley, former Secretary of State Tillerson, and General Flynn, on or about January 30, 2017;
>   c. Call between former USUN Ambassador Haley and General Flynn, on or about January 30, 2017;
>   d. Call between former USUN Ambassador Haley and General Flynn, on or about January 31, 2017;
>   e. Call between former USUN Ambassador Haley and General Flynn, on or about February 1, 2017;

5

    f. Call between former USUN Ambassador Haley and General Flynn, on or about February 2, 2017;

    g. Call between former USUN Ambassador Haley and General Flynn, on or about February 6, 2017;

    h. Call between former USUN Ambassador Haley, former Secretary of State Tillerson, and General Flynn, on or about February 13, 2017.

17. American Oversight also requested that State's search for responsive records include, at a minimum, the files of former Secretary of State Rex Tillerson and any assistants. Specifically, the request stated:

> State should note that, where State officials other than Ambassador Haley participated in these interactions, a reasonable search must include a search of those officials' files. Where, as here, high-ranking officials were participants, State should also search the files of the appropriate assistants to those officials. Therefore, State should search at a minimum the files of former Secretary Tillerson and appropriate assistants in addition to the files of Ambassador Haley.

18. American Oversight requested all responsive records from January 20, 2017, through April 1, 2017.

19. By letter dated June 22, 2019, State acknowledged receipt of the Ambassador Haley-Michael Flynn Communications and Meetings FOIA request, assigned it tracking number F-2019-03953, granted American Oversight's request for a fee waiver, and assigned the request to the complex processing track.

20. In the same letter, State reported that it would "extend the time limit to respond to [American Oversight's] request beyond the ten additional days provided by the statute" due to "unusual circumstances as defined in the FOIA" (internal citation omitted).

21. As of the date of this Complaint, American Oversight has not received any further communications from State regarding this FOIA request.

6

*Ambassador Haley Text Messages FOIA Request*

22.     On December 19, 2019, American Oversight submitted a FOIA request bearing internal tracking number STATE-19-1535 to State seeking:

> All text messages (including messages on messaging applications similar in form to text messages, such as Signal, WhatsApp, Facebook Messenger, Twitter DMs, etc.) regarding agency business sent or received by former U.S. Ambassador to the United Nations Nikki Haley.
>
> Please understand messages regarding "agency business" to broadly include, at a minimum, all communications that would ordinarily comprise federal records per 44 U.S.C. § 3301(a)(1)(A), which defines federal government records as,
>
>> all recorded information . . . appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them.

23.     American Oversight requested all responsive records from January 25, 2017, through December 31, 2018.

24.     By email dated January 6, 2020, State acknowledged receipt of the Ambassador Haley Text Messages FOIA request, assigned it tracking number F-2020-02458, and advised that the agency would "make a determination regarding a fee waiver at a later date."

25.     In the same email, State also reported that it would "extend the time limit to respond to [American Oversight's] request beyond the ten additional days provided by the statute" due to "unusual circumstances as defined in the FOIA" (internal citation omitted).

26.     As of the date of this Complaint, American Oversight has not received any further communications from State regarding this FOIA request.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

27. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

28. American Oversight properly requested records within the possession, custody, and control of Defendant.

29. Defendant is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

30. Defendant has failed to promptly review agency records for the purpose of locating those records that are responsive to Plaintiff's FOIA requests.

31. Defendant's failure to conduct an adequate search for responsive records violates FOIA.

32. Plaintiff is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to Plaintiff's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

33. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

34. American Oversight properly requested records within the possession, custody, and control of Defendant.

35. Defendant is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

36. Defendant is wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to its FOIA request.

37. Defendant's failure to provide all non-exempt responsive records violates FOIA.

38. Plaintiff is therefore entitled to declaratory and injunctive relieve requiring Defendant to promptly produce all non-exempt records responsive to its FOIA requests and indexes justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA requests submitted to State;

(2) Order Defendant to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: January 19, 2024                              Respectfully submitted,

*/s/ Khahilia Shaw*
Khahilia Shaw
D.C. Bar No. 1616974

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 539-6507
khahilia.shaw@americanoversight.org

*Counsel for Plaintiff*