IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 24-0163 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of September 19, 2024, Plaintiff American Oversight and Defendant Department of State, through undersigned counsel, respectfully submit this joint status report.

1. On January 19, 2024, Plaintiff brought this Freedom of Information Act (FOIA) lawsuit seeking information from Defendant about Nikki Haley. ECF No. 1. Plaintiff identifies four FOIA requests in its Complaint: STATE-18-0783, STATE-18-0784, STATE-19-0284, and STATE-19-1535. *Id.*

2. On February 23, 2024, Defendant answered the complaint. ECF No. 6.

3. Defendant acknowledges receipt of Plaintiff's FOIA requests that are the subject of this suit and conducted preliminary searches for documents that may be responsive to the requests. Those searches returned an abundance of potentially responsive documents. The parties are negotiating a narrowed search.

4. Plaintiff is not pursuing STATE-18-0784. As to STATE-18-0783, the parties agreed to prioritize a search for emails between Haley and fourteen individuals. Defendant is currently processing relevant documents as to emails with eleven of the identified individuals. As to the

three remaining individuals, Defendant has performed extensive good-faith due diligence, but has been unable to locate communications with those individuals or identify specific contact information for those individuals in order to conduct a more targeted search. Defendant will determine whether contact information for the remaining three individuals can be identified through its ongoing processing and review. The parties will discuss any potential supplemental searches to identify communications with the remaining three individuals upon completion of that review.

5. On October 16, 2024, Defendant made an interim production of three records, which were released in part. During processing of these records, Defendant identified additional information. which led to a supplementary search resulting in the identification of 267 additional, potentially responsive records. Defendant will continue to process the responsive records identified with respect to STATE-18-0783 and intends to produce another set of documents on or around December 6, 2024. Defendant notes that the availability of documents for production depends upon the return of clearances, which it is making best efforts to expedite.

6. On September 17, 2024, Defendant reported that, as to STATE-19-0284 and STATE-19-1535, it was continuing to formulate appropriate search terms to identify records responsive to Plaintiff's respective requests. At this time, Defendant has identified potentially relevant documents, but has not completed its searches as to those requests and has, as agreed between the parties, prioritized request STATE-18-0783. As Defendant completes those remaining searches, the parties will confer about a processing rate and begin regular productions to fulfill Plaintiff's requests as agreed and appropriate.

7. The parties propose that they file another joint status report on or before February 17, 2025, to update the Court about the status of this case.

Dated: November 15, 2024       Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                                        By:      /s/  *M. Jared Littman*
                                                         M. JARED LITTMAN
                                                         PA Bar # 91646
                                                         Assistant United States Attorney
                                                         601 D Street, N.W.
                                                         Washington, D.C. 2053
                                                         Phone: (202) 252-2523
                                                         Jared.Littman@usdoj.gov

                                            *Attorneys for the United States of America*

                                                   /s/ *Emma Lewis*
                                                   EMMA LEWIS
                                                   D.C. Bar No. 144574
                                                   American Oversight
                                                   1030 15th Street NW, Suite B255
                                                   Washington, D.C. 20005
                                                   Phone: (202) 919-6303
                                                   Emma.Lewis@americanoversight.org

                                           *Attorney for Plaintiff*